UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ARLINGTON AUTO BODY, INC. | § | Case No. 20-12222 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

DONALD R. LASSMAN, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,000.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 46,062.03 | Claims Discharged Without Payment: 183,742.00 |
| Total Expenses of Administration: 97,577.12 | |

3) Total gross receipts of $143,639.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $143,639.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 97,577.12 | 97,577.12 | 97,577.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 406.73 | 406.73 | 406.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 233,134.45 | 137,919.08 | 46,004.45 | 45,655.30 |
| **TOTAL DISBURSEMENTS** | $234,134.45 | $235,902.93 | $143,988.30 | $143,639.15 |

4) This case was originally filed under chapter 7 on 11/12/2020. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/02/2023       By:/s/DONALD R. LASSMAN, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 11,783.91 |
| 1998 INTERNATIONAL 4700 T444E FLAT BED TOW TRUCK | 1129-000 | 11,750.00 |
| 1998 THOMAS T 173 HL BOBCAT | 1129-000 | 5,500.00 |
| 2003 SD F250 4X4 SUPERCAB | 1129-000 | 8,700.00 |
| AUTO REPAIR EQUIPMENT | 1129-000 | 28,065.00 |
| CITIZENS BANK ACCOUNT 5353 | 1129-000 | 18,749.03 |
| OFFICE FURNITURE | 1129-000 | 500.00 |
| Health care premium refund | 1229-000 | 7,554.90 |
| Tax Deposit Refunds | 1229-000 | 1,036.31 |
| FRAUDULENT CONVEYANCE AND PREFERENCE CLAIMS | 1241-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$143,639.15** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $NA | $NA | $NA | $NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Donald Lassman | 2100-000 | NA | 10,431.96 | 10,431.96 | 10,431.96 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 70.78 | 70.78 | 70.78 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 34.61 | 34.61 | 34.61 |
| Mass D O T | 2420-000 | NA | 25.00 | 25.00 | 25.00 |
| Mass. D O T | 2420-000 | NA | 25.00 | 25.00 | 25.00 |
| Axos Bank | 2600-000 | NA | 1,959.54 | 1,959.54 | 1,959.54 |
| COMMONWEALTH OF MASSACHUSETTS | 2820-000 | NA | 912.00 | 912.00 | 912.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMMONWELATH OF MASSACHUSETTS | 2820-000 | NA | 456.00 | 456.00 | 456.00 |
| Joanne Lowre | 2990-000 | NA | 371.25 | 371.25 | 371.25 |
| ARENT FOX LLP | 3210-000 | NA | 66,900.00 | 66,900.00 | 66,900.00 |
| ARENT FOX LLP | 3220-000 | NA | 625.21 | 625.21 | 625.21 |
| MATRIX FINANCIAL, LLC | 3410-000 | NA | 6,014.00 | 6,014.00 | 6,014.00 |
| Paul E Saperstein Co., Inc. | 3610-000 | NA | 4,951.50 | 4,951.50 | 4,951.50 |
| Paul E Saperstein Co., Inc. | 3620-000 | NA | 4,800.27 | 4,800.27 | 4,800.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $97,577.12 | $97,577.12 | $97,577.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Antonio Melo | | 0.00 | NA | NA | 0.00 |
| | Jaime E. Banos | | 0.00 | NA | NA | 0.00 |
| | Massachusetts Department of Revenue | | 1,000.00 | NA | NA | 0.00 |
| | Massachusetts Department of Unemployment Assistance | | 0.00 | NA | NA | 0.00 |
| | Michael Vocas | | 0.00 | NA | NA | 0.00 |
| | Oscar S. Lopez-Tejada | | 0.00 | NA | NA | 0.00 |
| | Rene Estrada | | 0.00 | NA | NA | 0.00 |
| | Robert C. Stevens | | 0.00 | NA | NA | 0.00 |
| 5A | Internal Revenue Service | 5800-000 | 0.00 | 406.73 | 406.73 | 406.73 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,000.00 | $406.73 | $406.73 | $406.73 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Admiral Fastener | | 255.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anchor Auto Glass & Mirror Corp. | | 891.17 | NA | NA | 0.00 |
| | Arrowhead Insurance Agency, Inc. | | 1,533.01 | NA | NA | 0.00 |
| | Chief Automotive Technologies | | 909.50 | NA | NA | 0.00 |
| | Citizens Bank | | 125,800.00 | NA | NA | 0.00 |
| | Comcast Business | | 5,115.14 | NA | NA | 0.00 |
| | Conn Kavanaugh Rosenthal Peisch & Ford | | 24,489.11 | NA | NA | 0.00 |
| | GEM Auto Parts Co., Inc. | | 66.88 | NA | NA | 0.00 |
| | Howard Lowre | | 0.00 | NA | NA | 0.00 |
| | Kelly Auto Dealer Services | | 104.54 | NA | NA | 0.00 |
| | Keystone Automotive Industriesm Inc. | | 7,603.15 | NA | NA | 0.00 |
| | Long Cadillac | | 2,431.09 | NA | NA | 0.00 |
| | Mercedes Benz of Natick | | 78.79 | NA | NA | 0.00 |
| | Mill Brook Condominium Trust | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mirak Automotive Group | | 1,454.09 | NA | NA | 0.00 |
| | Registry of Motor Vehicles | | 160.00 | NA | NA | 0.00 |
| | Ronald Leombruno | | 0.00 | NA | NA | 0.00 |
| | Superior Tire | | 129.00 | NA | NA | 0.00 |
| | Town of Arlington | | 100.00 | NA | NA | 0.00 |
| | Wellesley Toyota | | 11,021.46 | NA | NA | 0.00 |
| 6 | BERNARDIS, INC. | 7100-000 | NA | 4,567.07 | 4,567.07 | 4,532.41 |
| 3 | CCC INFORMATION SYSTEM | 7100-000 | NA | 592.88 | 592.88 | 588.38 |
| 4 | CIT COMMUNICATIONS FINANCE CORPORATION | 7100-000 | NA | 2,222.89 | 2,222.89 | 2,206.02 |
| 2 | D.B. NATIONAL WAREHOUSE | 7100-000 | 38,757.50 | 38,191.54 | 38,191.54 | 37,901.69 |
| 5B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 124.74 | 124.74 | 123.79 |
| 1 | QUILL CORPORATION | 7100-000 | NA | 305.33 | 305.33 | 303.01 |
| 8 | 14 DUDLEY COURT LLC | 7200-000 | 11,984.10 | 91,913.63 | 0.00 | 0.00 |
| 7 | Zurich American Insurance | 7200-000 | NA | 1.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $233,134.45 | $137,919.08 | $46,004.45 | $45,655.30 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 20-12222 | JEB | Judge: | Janet E. Bostwick | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ARLINGTON AUTO BODY, INC. | | | | Date Filed (f) or Converted (c): | 11/12/2020 (f) |
| | | | | | 341(a) Meeting Date: | 01/20/2021 |
| For Period Ending: | 05/02/2023 | | | | Claims Bar Date: | 01/21/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE | 8,000.00 | 8,000.00 | | 11,783.91 | FA |
| 2. CITIZENS BANK ACCOUNT 5353 | 21,637.60 | 21,637.60 | | 18,749.03 | FA |
| 3. RAW MATERIALS | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. OFFICE FURNITURE | 500.00 | 500.00 | | 500.00 | FA |
| 5. 1998 THOMAS T 173 HL BOBCAT | 2,000.00 | 2,000.00 | | 5,500.00 | FA |
| 6. 2003 SD F250 4X4 SUPERCAB | 5,000.00 | 5,000.00 | | 8,700.00 | FA |
| 7. 1998 INTERNATIONAL 4700 T444E FLAT BED TOW TRUCK | 5,000.00 | 5,000.00 | | 11,750.00 | FA |
| 8. AUTO REPAIR EQUIPMENT | 33,076.00 | 33,076.00 | | 28,065.00 | AFA |
| 9. LEASED NON RESIDENTIAL PROPERTY | 0.00 | 1,000.00 | | 0.00 | FA |
| 10. MASSACHUSETTS TOWING LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 11. WORKERS COPENSATION POLICY WITH AM TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 12. GENERAL LIABILITY POLICY WITH ARROWHEAD INSURANCE COMPANY | 0.00 | 0.00 | | 0.00 | FA |
| 13. Tax Deposit Refunds (u) | 0.00 | 0.00 | | 1,036.31 | FA |
| 14. FRAUDULENT CONVEYANCE AND PREFERENCE CLAIMS (u) | 0.00 | 25,000.00 | | 50,000.00 | FA |
| 15. Health care premium refund (u) | 0.00 | 2,000.00 | | 7,554.90 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $76,213.60    $104,213.60    $143,639.15    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Auctioneer visit to location to appraise assets and report to Trustee.12/07/2020
Bank account opened.  Deposits made re accounts receivable.11/19/2020
awaiting turn over of documents from debtor's counsel, exploring possibility of sale of assets of debtor is able to workout a deal with landlord waiving rent claims as asset value may not be sufficient to satisfy accrued post filing rent.  also, allegations that debtor's principal used corporate funds improperly and in breach of fiduciary duties to debtor.   - Donald Lassman 1/6/2021
spoke to counsel, waiting for landlord on admin rent and will then either sell of abandon.  hire V & L to review and retrieve books and records.  check on transfers to principal of debtor.   - Donald Lassman 1/6/2021
working on retention of cpa and sale of assets at location and rent issues on hold pending 341 meeting outcome.   - Donald Lassman 1/8/2021
hiring alviti as cpa.    - Donald Lassman 1/11/2021
working on w-2's to employees -   - Donald Lassman 1/19/2021
w-2 issue resolved, books and records secured, working on sale of vehicles and possible deal with landlord on waiver of some claims.   - Donald Lassman 1/22/2021
sale arranged and deal with landlord worked out as well.  cpa working on claw back review.   - Donald Lassman 2/5/2021
working on obtaining car titles . - Donald Lassman 2/18/2021
Filing motion to approve compromise regarding sale of paint booth to landlord.  - Donald Lassman 3/3/2021
counsel to request documents necessary to evaluate case against principals.     - Donald Lassman 3/3/2021
premises returned.   - Donald Lassman 3/5/2021
awaiting passage of bar date before taking any further action.   - Donald Lassman 3/13/2021
ordered claims register.    - Donald Lassman 5/12/2021
reviewed claims and sent to CPA to work on tax claims and will then decide on next steps.   - Donald Lassman 5/29/2021
pursuing recovery from law firm on clawback theories.   - Donald Lassman 6/9/2021
cpa working on tax returns and review of IRS proof of claim now that bank records have been received.   - Donald Lassman 7/13/2021
working on application to forgive PPP loan and possible settlement with parties.   - Donald Lassman 8/10/2021.
debtor submitting PPP loan forgiveness application which will tie into settlement.   - Donald Lassman 8/20/2021
still working on settlement parameters.   - Donald Lassman 9/8/2021
debtor working on ppp forgiveness - Donald Lassman 9/14/2021
 debtor has submitted PPP loan forgiveness application.   - Donald Lassman 10/5/2021
considering settlement whereby causes of action against principals of debtor are sold and claims of landlord are subordinated.  also checking on claim, if any, of insurance company.   - Donald Lassman 10/15/2021
working  on objection to claim of insurance company and settlement and include clause in settlement regarding resolution of claim first. - Donald Lassman 10/19/2021
 claim objection filed and working on possible settlement of claw back claims.   - Donald Lassman 10/22/2021
proceeding with settlement filing with the court.   - Donald Lassman 11/10/2021
circulating settlement agreement .  - Donald Lassman 11/30/2021
continuing to work on settlement.   - Donald Lassman 1/16/2022
settlement achieved and filed with court and awaiting results of hearing on settlement and if approved can close case.   - Donald Lassman 4/3/2022
 settlement approved and no appeal taken can prepare and submit TFR once get final tax return and fee apps from counsel and CPA. - Donald Lassman 5/5/2022
note to professionals to complete fee apps and taxes.   - Donald Lassman 5/8/2022
cpa clearing up misunderstandng on 941 for 2021.   - Donald Lassman 7/5/2022
irs issue cleared up so ready  for tfr.   - Donald Lassman 7/7/2022
waiting for tax returns and fee apps from professionals.    - Donald Lassman 7/12/2022
IRS filed a POC and now must resolve recently filed POC before can file TFR.   - Donald Lassman 7/13/2022
working on agreed order for record destruction.    - Donald Lassman 8/2/2022
IRS claim resolved.   - Donald Lassman 8/4/2022
working on record destruction resolution.   - Donald Lassman 8/8/2022
waiting for court order on record destruction.   - Donald Lassman 8/30/2022
cpa will remove MDOR penalty claim.   - Donald Lassman 9/12/2022
tfr filed.   - Donald Lassman 10/9/2022
must file amended distribution due to recently amended IRS poc after TFR was filed.  - Donald Lassman 10/15/2022

filed amended TFR due to amended POC filed by IRS.   - Donald Lassman 11/15/2022
paid tfr.   - Donald Lassman 1/2/2023
checking on tax inquiry from the MDOR.  - Donald Lassman 2/16/2023
awaiting check clearance and can then file TDR.  - Donald Lassman 4/9/2023

| | | | | |
|---|---|---|---|---|
| RE PROP # | 3 | -- | CLAMPS, BOLTS & PAINT | |
| RE PROP # | 8 | -- | Auto Repair Equipment, incuding 2 Compressors, torches, A/C Recharger; 2 Downdraft paint stations, downdraft spray booth with baking oven; frame fender lift, frame machine, 2 welders, pro spot welders, maxi welder, battery charger, frame pulliey two frame machines, rack for bumpers, heat lamps, measuring system | Exhibit 8 |
| RE PROP # | 9 | -- | Leased non residential property at 14 Dudley Court, Arlington, MA. Tenant under a lease. Listed as zero value. | |
| RE PROP # | 10 | -- | Listed as zero value. | |
| RE PROP # | 11 | -- | Listed as zero value. | |
| RE PROP # | 12 | -- | Listed as zero value. | |

Initial Projected Date of Final Report (TFR): 12/31/2021        Current Projected Date of Final Report (TFR): 12/31/2022

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 20-12222 | Trustee Name: DONALD R. LASSMAN, Trustee |
| Case Name: ARLINGTON AUTO BODY, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0656 |
| | Checking |
| Taxpayer ID No: XX-XXX4104 | Blanket Bond (per case limit): $40,000,000.00 |
| For Period Ending: 05/02/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/21 | | Transfer from Acct # xxxxxx0361 | Transfer of Funds - Case Reassigned from Stewart Grossman to Donald Lassman | 9999-000 | $27,727.96 | | $27,727.96 |
| 01/17/21 | 1 | liberty mutual | PAYMENT On account of claim - fred sophis | 1121-000 | $1,369.27 | | $29,097.23 |
| 01/17/21 | 1 | autopart international | PAYMENT On account | 1121-000 | $47.61 | | $29,144.84 |
| 01/17/21 | 13 | paychex inc./taxpay | REFUND OF tax deposits | 1229-000 | $680.31 | | $29,825.15 |
| 01/22/21 | 1 | copart | PAYMENT On account | 1121-000 | $1,191.00 | | $31,016.15 |
| 01/28/21 | 1001 | COMMONWELATH OF MASSACHUSETTS | 2020 MASS CORP TAX | 2820-000 | | $456.00 | $30,560.15 |
| 02/17/21 | 1002 | Mass. D O T | PAYMENT FOR Duplicate Certificate of Title | 2420-000 | | $25.00 | $30,535.15 |
| 02/24/21 | 1003 | Mass D O T | PAYMENT OF Duplicate Title 1998 International VIN - 1H7SCABM4WH547243 | 2420-000 | | $25.00 | $30,510.15 |
| 03/01/21 | 8 | 14 Dudley Court LLC | SETTLEMENT PAYMENT | 1129-000 | $5,000.00 | | $35,510.15 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.93 | $35,479.22 |
| 03/12/21 | 1 | autopart international | PAYMENT On account | 1121-000 | $84.10 | | $35,563.32 |
| 03/12/21 | | paul e saperstein co., inc. | Auction sale proceeds | | $49,515.00 | | $85,078.32 |
| | | | Gross Receipts    $49,515.00 | | | | |
| | 4 | | OFFICE FURNITURE    $500.00 | 1129-000 | | | |
| | 5 | | 1998 THOMAS T 173 HL BOBCAT    $5,500.00 | 1129-000 | | | |
| | 6 | | 2003 SD F250 4X4 SUPERCAB    $8,700.00 | 1129-000 | | | |

| | | Page Subtotals: | $85,615.25 | $536.93 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 20-12222 | Trustee Name: | DONALD R. LASSMAN, Trustee | |
| Case Name: | ARLINGTON AUTO BODY, INC. | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0656 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4104 | Blanket Bond (per case limit): | $40,000,000.00 | |
| For Period Ending: | 05/02/2023 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 7 | | 1998 INTERNATIONAL 4700 T444E FLAT BED TOW TRUCK | $11,750.00 | 1129-000 | | |
| | 8 | | AUTO REPAIR EQUIPMENT | $23,065.00 | 1129-000 | | |
| 03/26/21 | 15 | harvard pilgrim health care | REFUND OF overpayment | | 1229-000 | $1,331.60 | | $86,409.92 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $75.05 | $86,334.87 |
| 04/13/21 | 1004 | Joanne Lowre | PAYMENT OF ALLOWED settlement docket entry 53 | | 2990-000 | | $371.25 | $85,963.62 |
| 04/27/21 | 1005 | Paul E Saperstein Co., Inc. | PAYMENT OF ALLOWED FEES | | 3610-000 | | $4,951.50 | $81,012.12 |
| 04/27/21 | 1006 | Paul E Saperstein Co., Inc. | PAYMENT OF ALLOWED EXPENSES | | 3620-000 | | $4,800.27 | $76,211.85 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $92.25 | $76,119.60 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $85.16 | $76,034.44 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $81.26 | $75,953.18 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $83.86 | $75,869.32 |
| 08/09/21 | 1008 | COMMONWEALTH OF MASSACHUSETTS | tax payment for 2020 Reversal payment not necessary | | 2820-000 | | ($456.00) | $76,325.32 |
| 08/09/21 | 1007 | COMMONWEALTH OF MASSACHUSETTS Commonwealth of Massachusetts | tax payment fof 2020 04-2624101 | | 2820-000 | | $0.00 | $76,325.32 |

Page Subtotals: $1,331.60    $10,084.60

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-12222
Case Name: ARLINGTON AUTO BODY, INC.

Trustee Name: DONALD R. LASSMAN, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0656
Checking

Taxpayer ID No: XX-XXX4104
For Period Ending: 05/02/2023

Blanket Bond (per case limit): $40,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/21 | 1007 | COMMONWEALTH OF MASSACHUSETTS Commonwealth of Massachusetts | tax payment fof 2020 Reversal incorrect amount | 2820-000 | | $0.00 | $76,325.32 |
| 08/09/21 | 1008 | COMMONWEALTH OF MASSACHUSETTS | tax payment for 2020 04-2624104 | 2820-000 | | $456.00 | $75,869.32 |
| 08/11/21 | 1009 | INTERNATIONAL SURETIES LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Premium 21-22; Bond Number 016227841 | 2300-000 | | $34.61 | $75,834.71 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.75 | $75,750.96 |
| 09/08/21 | 13 | COMMONWEALTH OF MASSSACHUSETTS | REFUND | 1229-000 | $356.00 | | $76,106.96 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.23 | $76,025.73 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.94 | $75,941.79 |
| 11/18/21 | 1 | SENTRY FORD | PAYMEent  ON ACCOUNT | 1121-000 | $113.00 | | $76,054.79 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.20 | $75,973.59 |
| 12/23/21 | 15 | harvard pilrgim heatlh care | INsurance refund | 1229-000 | $3,991.81 | | $79,965.40 |
| 01/02/22 | 15 | harvadr pilgrim health care | Rpremium refund | 1229-000 | $2,231.49 | | $82,196.89 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.16 | $82,111.73 |
| 01/29/22 | 1010 | COMMONWEALTH OF MASSACHUSETTS | tax paymeENT FOR 2021 | 2820-000 | | $456.00 | $81,655.73 |

Page Subtotals: $6,692.30    $1,361.89

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 20-12222 | Trustee Name: DONALD R. LASSMAN, Trustee |
| Case Name: ARLINGTON AUTO BODY, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0656 |
| | Checking |
| Taxpayer ID No: XX-XXX4104 | Blanket Bond (per case limit): $40,000,000.00 |
| For Period Ending: 05/02/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.51 | $81,565.22 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.57 | $81,483.65 |
| 03/14/22 | 14 | joanne lowre | SETTLEMENT PAYMENT deposit | 1241-000 | $10,000.00 | | $91,483.65 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.38 | $91,387.27 |
| 04/19/22 | 14 | JOANNE LOWRE | SETTLEMENT PAYMENT | 1241-000 | $40,000.00 | | $131,387.27 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.74 | $131,272.53 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $144.94 | $131,127.59 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.11 | $130,987.48 |
| 07/12/22 | 1011 | COMMONWEALTH OF MASSACHUSETTS | 2022 TAX RETURN | 2820-000 | | $456.00 | $130,531.48 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $144.51 | $130,386.97 |
| 08/03/22 | 1012 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Bond Premium Payment, Bond Number 016227841 | 2300-000 | | $70.78 | $130,316.19 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.90 | $130,172.29 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $139.09 | $130,033.20 |

Page Subtotals: $50,000.00    $1,622.53

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-12222 | Trustee Name: DONALD R. LASSMAN, Trustee |
| Case Name: ARLINGTON AUTO BODY, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0656 |
| | Checking |
| Taxpayer ID No: XX-XXX4104 | Blanket Bond (per case limit): $40,000,000.00 |
| For Period Ending: 05/02/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/23 | 1013 | Donald Lassman<br>LAW OFFICES OF DONALD LASSMAN<br>P. O. BOX 920385<br>NEEDHAM, MA 02492 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $10,431.96 | $119,601.24 |
| 01/02/23 | 1014 | ARENT FOX LLP<br>ATTN: ADAM RUTTENBERG, ESQ.<br>800 BOYLSTON STREET<br>32nd Floor<br>BOSTON, MA 02199 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $66,900.00 | $52,701.24 |
| 01/02/23 | 1015 | ARENT FOX LLP<br>ATTN: ADAM RUTTENBERG, ESQ.<br>800 BOYLSTON STREET<br>32nd Floor<br>BOSTON, MA 02199 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $625.21 | $52,076.03 |
| 01/02/23 | 1016 | MATRIX FINANCIAL, LLC<br>60 WALNUT STREET<br>WELLESLEY, MA 02481<br>ATTN: CARL ALVITI | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $6,014.00 | $46,062.03 |
| 01/02/23 | 1017 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $406.73 | $45,655.30 |
| 01/02/23 | 1018 | QUILL CORPORATION<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA, SC 29203 | Final distribution to claim 1 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $303.01 | $45,352.29 |
| 01/02/23 | 1019 | D.B. NATIONAL WAREHOUSE<br>90 TREMONT STREET<br>EVERETT, MA 02149 | Final distribution to claim 2 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $37,901.69 | $7,450.60 |
| 01/02/23 | 1020 | CCC INFORMATION SYSTEM<br>C/O RMS<br>PO BOX 19253<br>MINNEAPOLIS, MN 55419 | Final distribution to claim 3 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $588.38 | $6,862.22 |
| 01/02/23 | 1021 | CIT COMMUNICATIONS FINANCE CORPORATION<br>PO BOX 593007<br>SAN ANTONIO, TX 78259 | Final distribution to claim 4 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $2,206.02 | $4,656.20 |

Page Subtotals: $0.00   $125,377.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-12222 | Trustee Name: DONALD R. LASSMAN, Trustee |
| Case Name: ARLINGTON AUTO BODY, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0656 |
| | Checking |
| Taxpayer ID No: XX-XXX4104 | Blanket Bond (per case limit): $40,000,000.00 |
| For Period Ending: 05/02/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/23 | 1022 | INTERNAL REVENUE SERVICE<br>POB 7317<br>Philadelphia, PA 19101-7317 | Final distribution to claim 5 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $123.79 | $4,532.41 |
| 01/02/23 | 1023 | BERNARDIS, INC.<br>960 WORCESTER STREET<br>NATICK, MA 01760 | Final distribution to claim 6 creditor account # representing a payment of 99.24 % per court order. | 7100-000 | | $4,532.41 | $0.00 |
| 04/07/23 | 1018 | QUILL CORPORATION<br>7 TECHNOLOGY CIRCLE<br>COLUMBIA, SC 29203 | Final distribution to claim 1 creditor account # representing a payment of 99.24 % per court order. Reversal | 7100-000 | | ($303.01) | $303.01 |
| 04/07/23 | 1024 | QUILL CORPORATION | DIVIDEND PAYMENT TO CREDITOR ON UNSECURED CLAIM | 7100-000 | | $303.01 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $143,639.15 | $143,639.15 |
| Less: Bank Transfers/CD's | $27,727.96 | $0.00 |
| Subtotal | $115,911.19 | $143,639.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $115,911.19 | $143,639.15 |

Page Subtotals:    $0.00    $4,656.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-12222 | Trustee Name: DONALD R. LASSMAN, Trustee |
| Case Name: ARLINGTON AUTO BODY, INC. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0361 |
| | Checking |
| Taxpayer ID No: XX-XXX4104 | Blanket Bond (per case limit): $40,000,000.00 |
| For Period Ending: 05/02/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/20 | 1 | Norfolk & Dedham Mutual Fire Ins. Co 222 Ames St. P.O. BOX 9109 Dedham MA 02027-9109 | ACCOUNT RECEIVABLE Caption Brian Daly | 1121-000 | $166.20 | | $166.20 |
| 11/19/20 | 1 | State Farm Mutual Automobile Ins. Co. JP Morgan Chase Bank Columbus OH | ACCOUNT RECEIVABLE Caption Pierro H Mendiguetti | 1121-000 | $1,438.54 | | $1,604.74 |
| 11/19/20 | 1 | Safety Insurance 20 Custon House St. Boston MA 02110 | ACCOUNT RECEIVABLE Caption John Pinsky | 1121-000 | $3,448.83 | | $5,053.57 |
| 11/19/20 | 1 | Safety Insurance 20 Custom House St. Boston MA 02110 | ACCOUNT RECEIVABLE Caption David Waller | 1121-000 | $258.00 | | $5,311.57 |
| 11/19/20 | 1 | Safety Insurance 20 Custom House St. Boston MA 02110 | ACCOUNT RECEIVABLE Caption David Waller | 1121-000 | $3,667.36 | | $8,978.93 |
| 12/01/20 | 2 | CITIZENS BANK | TURNOVER OF FUNDS FROM CITIZENS ACCOUNT 5353 | 1129-000 | $18,749.03 | | $27,727.96 |
| 01/15/21 | | Transfer to Acct # xxxxxx0656 | Transfer of Funds - Case Reassigned from Stewart Grossman to Donald Lassman | 9999-000 | | $27,727.96 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,727.96 | $27,727.96 |
| Less: Bank Transfers/CD's | $0.00 | $27,727.96 |
| Subtotal | $27,727.96 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,727.96 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals:   $27,727.96   $27,727.96

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0361 - Checking | $27,727.96 | $0.00 | $0.00 |
| XXXXXX0656 - Checking | $115,911.19 | $143,639.15 | $0.00 |
|  | $143,639.15 | $143,639.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $143,639.15 |
| Total Gross Receipts: | $143,639.15 |